1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Telephone: (559) 497-4000
4  Facsimile: (559) 497-4099

5  Attorneys for the United States

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) 1:11-CV-01110-AWI-SKO
   |                                       )
12 |           Plaintiff,                  ) **APPLICATION AND ORDER FOR**
   |                                       ) **PUBLICATION**
13 |      v.                               )
   |                                       )
14 | APPROXIMATELY $7,562.00 IN U.S.       )
   | CURRENCY;                             )
15 |                                       )
   | 1972 OLDSMOBILE 442,                  )
16 | NO LICENSE PLATE,                     )
   | VIN: 3J67K2M211271;                   )
17 |                                       )
   | 1965 FORD MUSTANG, NO LICENSE         )
18 | PLATE, VIN: 5R07A128707;              )
   |                                       )
19 | 2008 CHEVROLET MALIBU,                )
   | LICENSE:6LFA733,                      )
20 | VIN: 1G1ZG57B88F193345;               )
   |                                       )
21 | 2006 LEXUS GS300,                     )
   | LICENSE: 5MJJ752,                     )
22 | VIN: JTHBH96S765000098;               )
   |                                       )
23 | 1969 CHEVROLET TRUCK,                 )
   | NO LICENSE PLATE,                     )
24 | VIN: CE149Z825738;                    )
   |                                       )
25 | 1962 CHEVROLET IMPALA,                )
   | NO LICENSE PLATE,                     )
26 | VIN: 2186F302848;                     )
   |                                       )
27 | 1976 HARLEY DAVIDSON                  )
   | MOTORCYCLE, LICENSE: 15U3097,         )
28 | VIN: 9D18597H6;                       )

|   |   |   |
|---|---|---|
| 1 | 1965 FORD MUSTANG, LICENSE: CZW446, VIN: 5R07C177883; | ) ) |
| 2 |  | ) |
| 3 | 2007 PONTIAC G6, LICENSE: 6HQG262, VIN: 1G2ZH58N974231581; | ) ) ) |
| 4 |  | ) |
| 5 | 2008 PONTIAC G6, LICENSE: 6LTN600, VIN: 1G2ZM577184198639; and, | ) ) ) |
| 6 |  | ) |
| 7 | 2007 CHEVROLET TRUCK, LICENSE: 8K96671, VIN: 3GCEC13C07G549423, | ) ) ) |
| 8 |  | ) |
| 9 | Defendants. | ) ) |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The above-captioned defendant assets were seized in the cities of Fresno and Kingsburg, Fresno County, California.

4. Plaintiff proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

    d.    The publication is to include the following:

        (1)    The Court and case number of the action;

        (2)    The date of the seizure/posting;

        (3)    The identity and/or description of the property

1  seized/posted;

2        (4)    The name and address of the attorney for the Plaintiff;

3        (5)    A statement that claims of persons entitled to possession
4  or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
5  Court and served on the attorney for the Plaintiff no later than 60 days after the
6  first day of publication on the official internet government forfeiture site; and

7        (6)    A statement that answers to the Complaint or a motion
8  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be
9  filed and served within 21 days after the filing of the claims and, in the absence
10 thereof, default may be entered and condemnation ordered.

11 Dated: July 12, 2011                        BENJAMIN B. WAGNER
                                                  United States Attorney
12

13                                          /s/ Heather Mardel Jones
                                         HEATHER MARDEL JONES
14                                          Assistant United States Attorney

15

16                                     **ORDER**

17 IT IS SO ORDERED.

18 **Dated:   July 14, 2011**                  **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28