1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | 1:11-CV-01110-AWI-SKO |
| 12 | Plaintiff, ) | **STIPULATION AND ORDER AFTER HEARING** |
| 13 | v. ) | |
| 14 | APPROXIMATELY $7,562.00 IN U.S. CURRENCY; ) | |
| 15 | ) | |
| 16 | 1972 OLDSMOBILE 442, NO LICENSE PLATE, VIN: 3J67K2M211271; ) | |
| 17 | ) | |
| 18 | 1965 FORD MUSTANG, NO LICENSE PLATE, VIN: 5R07A128707; ) | |
| 19 | 2008 CHEVROLET MALIBU, LICENSE:6LFA733, ) | |
| 20 | VIN: 1G1ZG57B88F193345; ) | |
| 21 | 2006 LEXUS GS300, LICENSE: 5MJJ752, ) | |
| 22 | VIN: JTHBH96S765000098; ) | |
| 23 | 1969 CHEVROLET TRUCK, NO LICENSE PLATE, ) | |
| 24 | VIN: CE149Z825738; ) | |
| 25 | 1962 CHEVROLET IMPALA, NO LICENSE PLATE, ) | |
| 26 | VIN: 2186F302848; ) | |
| 27 | 1976 HARLEY DAVIDSON MOTORCYCLE, LICENSE: 15U3097, ) | |
| 28 | VIN: 9D18597H6; 1965 FORD MUSTANG, LICENSE: ) | |

| | |
|---|---|
| 1 | CZW446, VIN: 5R07C177883; ) |
| 2 | 2007 PONTIAC G6, ) |
| | LICENSE: 6HQG262, ) |
| 3 | VIN: 1G2ZH58N974231581; ) |
| 4 | 2008 PONTIAC G6, ) |
| | LICENSE: 6LTN600, ) |
| 5 | VIN: 1G2ZM577184198639; and, ) |
| 6 | 2007 CHEVROLET TRUCK, ) |
| | LICENSE: 8K96671, ) |
| 7 | VIN: 3GCEC13C07G549423, ) |
| 8 | Defendants. ) |

IT IS HEREBY STIPULATED by and between the United States of America and Claimants Edwan Khalid Dablan, Nasry Khalid Dablan, Nabila Dablan, Hana Sadeddeen Dablan, (hereafter collectively "Claimants") and their counsel of record, as follows:

The United States filed a Verified Complaint for Forfeiture *In Rem* on July 5, 2011.

Claimants filed their claims on September 26, 2011. No answer to the United States' Verified Complaint has yet been filed by any appearing claimant in this case.

Claimants filed a motion to stay on October 18, 2011, and the United States filed a motion for interlocutory sale on November 16, 2011, both matters of which were heard on January 11, 2012, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto. Heather Mardel Jones, Esq., appeared on behalf of the United States. Nicholas Capozzi, Esq., appeared on behalf of Claimants.

Upon argument and submission by the parties, the Court ordered as follows:

1. Claimant's Motion for Stay is GRANTED pursuant to 18 U.S.C.981(g), with the exception of the pending Motion for Interlocutory Sale.
2. The Court RESERVES its rulings on the United States' Motion for Interlocutory Sale pending further briefing, and orders as follows:
    a. The United States shall have an appraisal of the defendant

1               vehicles conducted by no later than February 10, 2012.
2         b.    Upon obtaining the results of the appraisal, the United States
3               and counsel for Claimants shall meet and confer regarding a
4               stipulation for the sale of all or part of the defendant vehicles.
5         c.    The United States shall file any supplemental briefing no later
6               than February 21, 2012.
7         d.    Counsel for Claimants shall file any response no later than
8               February 28, 2012.
9         e.    The United States shall file any reply no later than
10              March 2, 2012.
11    3.  The continued hearing on the Motion for Interlocutory Sale shall be
12        heard on March 14, 2012, at 9:30 a.m. before Magistrate Judge
13        Sheila K. Oberto.
14    4.  The Scheduling Conference, currently scheduled for January 19, 2012,
15        is VACATED.  Counsel for Claimants is to provide a status update
16        regarding the criminal proceedings at the hearing on March 14, 2012.

                                          Respectfully submitted,

Dated: January 12, 2012                   BENJAMIN B. WAGNER
                                          United States Attorney


                                           /s/ Heather Mardel Jones
                                          HEATHER MARDEL JONES
                                          Assistant United States Attorney



Dated: January 12, 2012                    /s/ Nicholas Capozzi
                                          NICHOLAS CAPOZZI
                                          Attorneys for Claimants



IT IS SO ORDERED.

**Dated:   January 13, 2012**                    /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE