1 | BENJAMIN B. WAGNER
United States Attorney
2 | HEATHER MARDEL JONES
Assistant U.S. Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for the United States

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            ) 1:11-CV-01110-AWI-SKO
                                        )
12 |             Plaintiff,              ) **STIPULATED REQUEST TO**
                                        ) **EXTEND DATE FOR PROVIDING**
13 |       v.                            ) **VEHICLE APPRAISALS AND**
                                        ) **ORDER THEREON**
14 | APPROXIMATELY $7,562.00 IN U.S.     )
     CURRENCY;                          )
15 |                                    )
     1972 OLDSMOBILE 442,               )
16 | NO LICENSE PLATE,                  )
     VIN: 3J67K2M211271;                )
17 |                                    )
     1965 FORD MUSTANG, NO LICENSE      )
18 | PLATE, VIN: 5R07A128707;           )
                                        )
19 | 2008 CHEVROLET MALIBU,             )
     LICENSE:6LFA733,                   )
20 | VIN: 1G1ZG57B88F193345;            )
                                        )
21 | 2006 LEXUS GS300,                  )
     LICENSE: 5MJJ752,                  )
22 | VIN: JTHBH96S765000098;            )
                                        )
23 | 1969 CHEVROLET TRUCK,              )
     NO LICENSE PLATE,                  )
24 | VIN: CE149Z825738;                 )
                                        )
25 | 1962 CHEVROLET IMPALA,             )
     NO LICENSE PLATE,                  )
26 | VIN: 2186F302848;                  )
                                        )
27 | 1976 HARLEY DAVIDSON               )
     MOTORCYCLE, LICENSE: 15U3097,      )
28 | VIN: 9D18597H6;                    )

|   |   |
|---|---|
| 1 | 1965 FORD MUSTANG, LICENSE: CZW446, VIN: 5R07C177883; |
| 2 | |
| 3 | 2007 PONTIAC G6, LICENSE: 6HQG262, VIN: 1G2ZH58N974231581; |
| 4 | |
| 5 | 2008 PONTIAC G6, LICENSE: 6LTN600, VIN: 1G2ZM577184198639; and, |
| 6 | |
| 7 | 2007 CHEVROLET TRUCK, LICENSE: 8K96671, VIN: 3GCEC13C07G549423, |
| 8 | |
| 9 | Defendants. |

10   IT IS HEREBY STIPULATED by and between Plaintiff, United States of
11 America and Claimants Edwan Khalid Dablan, Nasry Khalid Dablan, Nabila
12 Dablan, Hana Sadeddeen Dablan, (hereafter collectively "Claimants") and their
13 counsel of record, as follows:

14   1.   This Court ordered that an appraiser be hired and provide an
15 appraisal report for the above-captioned defendant vehicles by February 10, 2012,
16 and further ordered specific dates for filing supplemental and responsive briefings
17 regarding the appraisals and the pending motion for interlocutory sale.

18   2.   The parties have retained an appraiser however, due to limited
19 availability, an appraisal has not yet been conducted on the vehicles.  The parties
20 request by this stipulation the an appraisal be provided to the parties by February
21 21, 2012.  The parties further request that the following deadlines be extended
22 accordingly:

23   a.   Upon obtaining the results of the appraisal, the United States
24       and counsel for Claimants shall meet and confer regarding
25       stipulation for the sale of all or part of the defendant vehicles.
26   b.   The United States shall file any supplemental briefing no later
27       than February 29, 2012.
28   c.   Counsel for Claimants shall file any response no later than

1   March 7, 2012.

2       d.   The United States shall file any reply no later than March 9,
3   2012.

4   3.   All other dates in the Court's January 13, 2012 Order shall remain in
5   full force and effect.

                                                                Respectfully submitted,

Dated:  February 14, 2012              BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Heather Mardel Jones
                                                 HEATHER MARDEL JONES
                                                 Assistant United States Attorney

Dated: February 14, 2012               /s/ Nicholas Capozzi
                                                 NICHOLAS CAPOZZI
                                                 Attorneys for Claimants

## ORDER

IT IS SO ORDERED.

**Dated:   February 14, 2012**                 **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE