| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | HEATHER MARDEL JONES |
| | Assistant U.S. Attorney |
| 3 | United States Courthouse |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-01110-AWI-SKO |
| Plaintiff, | **STIPULATION REGARDING INTERLOCUTORY SALE AND ORDER THEREON** |
| v. | |
| APPROXIMATELY $7,562.00 IN U.S. CURRENCY; | (Doc. 32) |
| 1972 OLDSMOBILE 442, NO LICENSE PLATE, VIN: 3J67K2M211271; | **ORDER VACATING THE HEARING ON THE MOTION FOR INTERLOCUTORY SALE** |
| 1965 FORD MUSTANG, NO LICENSE PLATE, VIN: 5R07A128707; | |
| 2008 CHEVROLET MALIBU, LICENSE:6LFA733, VIN: 1G1ZG57B88F193345; | **ORDER REQUIRING CLAIMANTS' COUNSEL TO FILE A STATUS UPDATE ON THE CRIMINAL PROCEEDINGS AGAINST CLAIMANT EDWAN DABLAN** |
| 2006 LEXUS GS300, LICENSE: 5MJJ752, VIN: JTHBH96S765000098; | |
| 1969 CHEVROLET TRUCK, NO LICENSE PLATE, VIN: CE149Z825738; | |
| 1962 CHEVROLET IMPALA, NO LICENSE PLATE, VIN: 2186F302848; | |
| 1976 HARLEY DAVIDSON MOTORCYCLE, LICENSE: 15U3097, VIN: 9D18597H6; 1965 FORD MUSTANG, LICENSE: | |

1

1  CZW446, VIN: 5R07C177883;                )
                                             )
2  2007 PONTIAC G6,                          )
   LICENSE: 6HQG262,                         )
3  VIN: 1G2ZH58N974231581;                   )
                                             )
4  2008 PONTIAC G6,                          )
   LICENSE: 6LTN600,                         )
5  VIN: 1G2ZM577184198639; and,              )
                                             )
6  2007 CHEVROLET TRUCK,                     )
   LICENSE: 8K96671,                         )
7  VIN: 3GCEC13C07G549423,                   )
                                             )
8             Defendants.                    )
   _____ )

**IT IS HEREBY STIPULATED** by and between Plaintiff, United States of America and Claimants Edwan Khalid Dablan, Nasry Khalid Dablan, Nabila Dablan, Hana Sadeddeen Dablan, (hereafter collectively "Claimants") and their counsel of record, as follows:

1. This Court ordered that an appraiser be hired and provide an appraisal report for the above-captioned defendant vehicles.

2. Upon obtaining the results of the appraisal, the United States and counsel for Claimants met and conferred regarding stipulation for the sale of all of the defendant vehicles.

3. The Stipulation is as follows:

   a. The following vehicles will be sold with the following minimum sale prices:

| Vehicle | Minimum Sale Price |
|---|---|
| 1962 Impala Convertible | $21,000.00 |
| 1965 Mustang (white) | $  6,000.00 |
| 1965 Mustang (black) | $  6,200.00 |
| 1969 Chevy Pick up | $ 13,000.00 |
| 1972 Olds 442 Convertible | $ 31,000.00 |

      b.    The remaining vehicles will be sold with no minimum sale price.

      c.    Upon conclusion of the last vehicle sold, the United States shall inform Claimants' counsel of the sale price, and the sale proceeds, less storage/maintenance/transportation costs, shall be held an in interest-bearing account, as customarily held in an asset forfeiture case.

Respectfully submitted,

Dated: March 19, 2012        BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: March 19, 2012        /s/ Nicholas Capozzi
NICHOLAS CAPOZZI
Attorneys for Claimants
(Original signature retained by attorney)

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The above Stipulation is approved;
2. The Motion for Interlocutory Sale (Doc. 32) is thus MOOT;
3. The hearing on the Motion for Interlocutory Sale (Doc. 32), scheduled for March 21, 2012, is VACATED; and
4. Counsel for Claimants shall file a status update regarding the status of the criminal proceedings against Claimant Edwan Dablan by March 23, 2012.

IT IS SO ORDERED.

**Dated:   March 20, 2012**        /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE