1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant U.S. Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                ) 1:11-CV-01110-AWI-SKO
   |                                          )
12 |         Plaintiff,                       ) **SECOND STIPULATION**
   |                                          ) **REGARDING INTERLOCUTORY**
13 |   v.                                     ) **SALE AND ORDER THEREON**
   |                                          )
14 | APPROXIMATELY $7,562.00 IN U.S.           )
   | CURRENCY;                                )
15 |                                          )
   | 1972 OLDSMOBILE 442,                     )
16 | NO LICENSE PLATE,                        )
   | VIN: 3J67K2M211271;                      )
17 |                                          )
   | 1965 FORD MUSTANG, NO LICENSE            )
18 | PLATE, VIN: 5R07A128707;                  )
   |                                          )
19 | 2008 CHEVROLET MALIBU,                   )
   | LICENSE:6LFA733,                         )
20 | VIN: 1G1ZG57B88F193345;                  )
   |                                          )
21 | 2006 LEXUS GS300,                        )
   | LICENSE: 5MJJ752,                        )
22 | VIN: JTHBH96S765000098;                  )
   |                                          )
23 | 1969 CHEVROLET TRUCK,                    )
   | NO LICENSE PLATE,                        )
24 | VIN: CE149Z825738;                       )
   |                                          )
25 | 1962 CHEVROLET IMPALA,                   )
   | NO LICENSE PLATE,                        )
26 | VIN: 2186F302848;                        )
   |                                          )
27 | 1976 HARLEY DAVIDSON                     )
   | MOTORCYCLE, LICENSE: 15U3097,            )
28 | VIN: 9D18597H6;                          )

| | |
|---|---|
| 1965 FORD MUSTANG, LICENSE: CZW446, VIN: 5R07C177883; | ) ) ) |
| 2007 PONTIAC G6, LICENSE: 6HQG262, VIN: 1G2ZH58N974231581; | ) ) ) ) |
| 2008 PONTIAC G6, LICENSE: 6LTN600, VIN: 1G2ZM577184198639; and, | ) ) ) ) |
| 2007 CHEVROLET TRUCK, LICENSE: 8K96671, VIN: 3GCEC13C07G549423, | ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimants Edwan Khalid Dablan, Nasry Khalid Dablan, Nabila Dablan, Hana Sadeddeen Dablan, (hereafter collectively "Claimants") and their counsel of record, as follows:

1. This Court ordered that an appraiser be hired and provide an appraisal report for the above-captioned defendant vehicles

2. Upon obtaining the results of the appraisal, the United States and counsel for Claimants met and conferred regarding a stipulation for the sale of all of the defendant vehicles, and thereafter entered into a Stipulation, which was filed with the Court on March 19, 2012.

3. On March 20, 2012, the Court issued its Order regarding the interlocutory sale of the above-captioned defendant vehicles, which included the stipulated minimum sale prices for certain vehicles.

4. With regard to two vehicles in particular, the parties now stipulate to revise the minium sale price.

   a. The following vehicles will be sold with the following minimum sale prices:

| | |
|---|---|
| 1969 Chevy Pick up | $ 9,000.00 |
| 1972 Olds 442 Convertible | $ 18,000.00 |

1    5.    As previously stipulated by the parties and ordered by the Court, upon conclusion of the last vehicle sold, the United States shall inform Claimants' counsel of the sale price, and the sale proceeds, less storage/maintenance/transportation costs, shall be held an in interest-bearing account, as customarily held in an asset forfeiture case.

                                                    Respectfully submitted,

Dated: March 19, 2012            BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ Heather Mardel Jones
                                 HEATHER MARDEL JONES
                                 Assistant United States Attorney

Dated: May 3, 2012                /s/ Nicholas Capozzi
                                 NICHOLAS CAPOZZI
                                 Attorneys for Claimants
                                 (Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

**Dated:   May 4, 2012**            /s/ **Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE