# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>     v.<br><br>APPROXIMATELY $7,562.00 IN U.S. CURRENCY,<br><br>1972 OLDSMOBILE 442,<br>NO LICENSE PLATE,<br>VIN: 3J67K2M211271,<br><br>1965 FORD MUSTANG, NO LICENSE PLATE, VIN: 5R07A128707,<br><br>2008 CHEVROLET MALIBU,<br>LICENSE:6LFA733,<br>VIN: 1G1ZG57B88F193345,<br><br>2006 LEXUS GS300,<br>LICENSE: 5MJJ752,<br>VIN: JTHBH96S765000098,<br><br>1969 CHEVROLET TRUCK,<br>NO LICENSE PLATE,<br>VIN: CE149Z825738,<br><br>1962 CHEVROLET IMPALA,<br>NO LICENSE PLATE,<br>VIN: 2186F302848,<br><br>1976 HARLEY DAVIDSON MOTORCYCLE, LICENSE: 15U3097,<br>VIN: 9D18597H6,<br><br>1965 FORD MUSTANG, LICENSE: CZW446, VIN: 5R07C177883, | CASE NO. 1:11-CV-1110 AWI SKO<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION PURUSANT TO THE FINAL JUDGMENT OF FORFEITURE** |

**2007 PONTIAC G6,
LICENSE: 6HQG262,
VIN: 1G2ZH58N974231581,**

**2008 PONTIAC G6,
LICENSE: 6LTN600,
VIN: 1G2ZM577184198639, and,**

**2007 CHEVROLET TRUCK,
LICENSE: 8K96671,
VIN: 3GCEC13C07G549423,**

          **Defendants.**

This is a civil forfeiture action.  On August 6, 2013, the Court issued a final judgment of forfeiture and signed a certification of reasonable cause.  A review of this action reveals there is no legal proceedings left for the Court to decide, and this action is essentially over.

Accordingly, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  August 9, 2013

          SENIOR   DISTRICT   JUDGE